UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE RIBBON COMMODITY TRADERS, INC., <br><br> Plaintiff <br><br> v. <br><br> PROGRESSO CASH & CARRY, <br><br> Defendant. | CIVIL ACTION <br><br> No. 07-4122 |

July 30, 2010

**ORDER**

**AND NOW**, on this date of July 30, 2010, for the reasons stated in the accompanying memorandum, defendant's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.