**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLUE RIBBON COMMODITY TRADERS, INC., <br>            Plaintiff <br>     v. <br> PROGRESO CASH & CARRY, <br>            Defendant. | Civil Action <br><br> No. 07-4122 |

## ORDER

**AND NOW**, this 17th day of May, 2011, upon consideration of plaintiff Blue

Ribbon Commodity Traders, Inc.'s Motion to Amend the Complaint (Docket No. 64);

defendant Progreso Cash & Carry's opposition thereto (Docket No. 67); plaintiff's reply

(Docket No. 70); defendant's surreply (Docket No. 72); and plaintiff's sursurreply

(Docket No. 73), it is hereby **ORDERED** that, for the reasons given in the accompanying

opinion, plaintiff's motion to amend is **DENIED**.


                         /s/ Louis H. Pollak
                         Pollak, J.