IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE RIBBON COMMODITY TRADERS, INC., <br><br> Plaintiff <br><br> v. <br><br> PROGRESO CASH & CARRY, <br><br> Defendant. | Civil Action <br><br> No. 07-4122 |

## **ORDER**

**AND NOW**, this 6th day of June, 2011, upon consideration of defendant Progreso Cash & Carry's Supplemental Motion for Summary Judgment (Docket No. 75) and plaintiff Blue Ribbon Commodity Traders, Inc.'s opposition thereto (Docket No. 76), it is hereby **ORDERED** that, for the reasons given in the accompanying opinion, defendant's motion is **GRANTED**.

/s/ Louis H. Pollak
Pollak, J.